Evan Livingstone, SBN 252008
Attorney at Law
1160 N Dutton Ave. Ste 105
Santa Rosa CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Edward Peter Campbell

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Edward Peter Campbell<br><br><br>           Debtor(s)<br>_____/ | Case No. 19-10509<br>Chapter 13<br><br>**NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO MODIFY CONFIRMED PLAN 11 U.S.C. §1329**<br><br>Judge:   Hon. Dennis Montali<br>Date     Notice and Opportunity |

TO ALL CREDITORS, CHAPTER 13 TRUSTEE, ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

      Take Notice – this is a Notice of Opportunity for Hearing Procedure. Debtor is giving you notice that you have an opportunity for a hearing on Debtor's attached motion to modify his Chapter 13 Plan.

      This Notice of Opportunity for Hearing procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California.

      Under this procedure any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice.

      If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

      A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

      Debtor will give at least 10 days written notice of a hearing to the objecting party, and to

the trustee appointed in the case, in the event an objection or request for hearing is timely filed.

Date: March 25, 2021              /s/ Evan Livingstone
                                  Evan Livingstone, Attorney for Debtor

```
Evan Livingstone, SBN 252008
Attorney at Law
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Edward Peter Campbell
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 19-10509 |
|---|---|
| Edward Peter Campbell | Chapter 13 |
| | **CERTIFICATE OF SERVICE** |
| Debtor(s) / | Judge: Hon. Dennis Montali |

I hereby certify that on March 25, 2021, a copy of the above NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO MODIFY CONFIRMED PLAN a copy of MOTION TO MODIFY CONFIRMED PLAN, and a copy of Debtor's MODIFIED CHAPTER 13 PLAN of March 25, 2021, was mailed to the Chapter 13 Trustee and to the creditors listed on the attached creditor matrix by first-class mail.

I declare the above facts to be true under penalty of perjury.

Executed on March 25, 2021 in Santa Rosa CA         /s/ Evan Livingstone
                                                    Evan Livingstone

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 19-10509<br>California Northern Bankruptcy Court<br>Santa Rosa<br>Thu Mar 25 21:06:28 PDT 2021 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | USAA Federal Savings Bank<br>c/o Bethany Wojtanowicz<br>Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 |
| U.S. Bankruptcy Court<br>99 South E Street<br>Santa Rosa, CA 95404-6527 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0001 |
| Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Hunt & Henriques<br>151 Bernal Rd, Ste 8<br>San Jose, CA 95119-1306 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Thuy Thi Nguyen Duong<br>1414 Dandelion Way<br>Petaluma, CA 94954-6821 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | USAA Federal Savings Bank<br>C/O Weinstein & Riley, PS<br>2001 Western Ave,<br>Suite 400<br>Seattle, WA 98121-3132 | David Burchard<br>P.O. Box 8059<br>Foster City, CA 94404-8059 |
| Edward Peter Campbell<br>5009 Maiden Ln<br>Santa Rosa, CA 95409-3217 | Evan Livingstone<br>Law Offices of Evan Livingstone<br>740 Fourth St #215<br>Santa Rosa, CA 95404-4421 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25