DAVID BURCHARD,
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
Tel: (650) 345–7801  Fax: (650) 345–1514
Tel: (707) 544-5500  Fax: (707) 544-0475

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

EDWARD PETER CAMPBELL

    Debtor.

Case No.: 19-10509 DM

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

**TO THE UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S)' COUNSEL, DEBTOR(S), AND OTHER PARTIES IN INTEREST:**

    David Burchard, Chapter 13 Trustee ("Trustee"), for the Santa Rosa and San Francisco Divisions of the United States Bankruptcy Court for the Northern District of California, hereby submits the following Objection to the Motion to Modify Chapter 13 Plan proposed by Debtor(s), filed on March 25, 2021.  This objection is based upon all pleadings, papers and documents filed herein, together with those matters of which judicial notice has been requested, and any oral argument, which may be presented.

///

///

///

The Trustee is unable to verify the basis for the motion to modify and Debtor's substantial change in income and/or expenses without Debtor providing the following information:

    _X_   Updated Schedules I and J, utilizing the schedules effective December 2015.

    _X_   A signed copy of the debtor's filed 2019 Federal Income Tax Return

    _X_   Verification of income to substantiate change in plan payments in the form of payment advices for the last 60 days. If the debtor does not receive payment advices, the Trustee requests copies of bank statements for the last 2 months from all bank accounts in which debtor is a signatory.

    _X_   Other:

        (1) Payments proposed in the Motion to Modify and Modified Plan are not sufficient to pay all claims in full. Trustee requests an amended motion and plan.

        (2) Trustee requests a filed declaration regarding the debtor's loss of disposable income and how he/she has been affected by the National Health Emergency as stated in the debtor's application to modify chapter 13 plan.

Therefore, the Trustee requests that this objection be sustained, Debtor's Application to Modify Chapter 13 Plan be denied, and other relief this Court deems proper.

Dated: April 9, 2021                    /s/ David Burchard
                                                    DAVID BURCHARD
                                                    CHAPTER 13 TRUSTEE

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EDWARD PETER CAMPBELL
5009 MAIDEN LANE
SANTA ROSA, CA 95409

The following recipients have been served via Court's Notice of Electronic Filing:

EVAN LIVINGSTONE

Dated: April 9, 2021                                         APRIL LEONHARDT
                                                             APRIL LEONHARDT