DAVID BURCHARD
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

EDWARD PETER CAMPBELL
5009 MAIDEN LANE
SANTA ROSA, CA 95409

Debtor(s)

Chapter 13
Case No: 19-10509 DM

**STIPULATION RE: TRUSTEE'S MOTION TO DISMISS CASE POST-CONFIRMATION**

The Chapter 13 Trustee has filed a Motion to Dismiss Case Under 11 U.S.C. §1307(c) and set the matter for hearing on March 10, 2021 at 9:00 AM. This matter is currently scheduled for a continued hearing on August 11, 2021 at 9:00 AM.

It is hereby stipulated and agreed to, by and between the Debtor and the Chapter 13 Trustee, as follows:

The hearing on the Trustee's Motion to Dismiss shall be continued to **September 8, 2021 at 9:00 AM** and will be conducted via telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

In addition, on or before August 26, 2021 the Debtor shall:

____  pay $_____ to the Trustee.

____  file a motion to modify the Chapter 13 plan, bringing the plan payments current.

__X__  file updated Schedules I and J, utilizing the schedules effective December 2015.

____  provide a signed copy of the _____ federal income tax return.

__X__  other: Resolve 1-2 of the Trustees objection filed on April 9, 2021 as docket no. 42.

If the Debtor fails to comply with the above, the Debtor stipulates that the case may be dismissed on request of the Trustee.

It is hereby stipulated.

DATED: 8/06/21                         /s/ David Burchard_____
                                       David Burchard, Chapter 13 Trustee

DATED: 8/06/21                         /s/ Evan Livingstone_____
                                       Evan Livingstone
                                       Attorney for Debtors